■ CAMBRIDGE FACTORS, INC., Respondent, v HELMUT STEINER, Appellant, et al., Defendants. [603 NYS2d 733] —Order, Supreme Court, New York County (Herman Cahn, J.), entered November 9, 1992, which, *inter alia,* denied appellant's cross motion for leave to serve a late answer, unanimously affirmed, with costs..

Appellant failed to offer a reasonable excuse for his three year delay. (CPLR 3012 [d]; *see, Abra Constr. Corp. v Hazelton Realty Corp.,* 105 AD2d 657.) Nor has appellant set forth a meritorious defense *(see, Chinnici v Tonvin Realty Corp.,* 88 AD2d 609). Concur—Rosenberger, J. P., Ross, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT DELANO BROWN, Also Known as DELANO BROWN, Appellant. [603 NYS2d 733] —Order, Supreme Court, Bronx County (David Levy, J.), entered May 22, 1991, which denied defendant's CPL 440.10 motion to vacate his conviction of murder in the second degree, unanimously affirmed.

Defendant failed to prove by a preponderance of the evidence that the testifying witness was promised a benefit as a result of his testimony *(see,* CPL 440.30 [6]). None of the witnesses testified at the CPL article 440 hearing that an agreement was made with the witness in violation of *People v Novoa* (70 NY2d 490, 496; *see, People v Jones,* 193 AD2d 468, *lv denied* 81 NY2d 1074). Concur—Rosenberger, J. P., Ross, Asch and Rubin, JJ.